UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO.: 09-25911-ALP
CHAPTER 13 CASE

IN RE:

JACOAH JACKSON
*AKA* JACOAH FRANK JACKSON
ANDREA L JACKSON
*AKA* ANDREA LYNN DONGWECK
*AKA* ANDREA LYNN JACKSON

Debtors.

_____/

ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration pursuant to the Motion for Relief from Stay filed by

**AURORA LOAN SERVICES, LLC**, a secured creditor. The Affidavit as to Surrender Property

was filed January 25, 2010, as Docket #24 and the Court, having considered said Motion is of the

opinion that is appropriate to enter an Order on such Motion for Relief from Stay.

It is, therefore,

Accordingly, it is **ORDERED** and

1.  That the Motion for Relief from Stay be, and it is hereby, granted so that Movant may file
    and complete an action in State Court for foreclosure of its mortgage encumbering the
    property described as:

    **LOTS 22 AND 23, BLOCK 3239, UNIT 66, CAPE
    CORAL SUBDIVISION, ACCORDING TO THE
    PLAT THEREOF, AS RECORDED IN PLAT BOOK
    22, PAGES 2 THROUGH 26, INCLUSIVE, OF THE
    PUBLIC RECORDS OF LEE COUNTY, FLORIDA**

    A/K/A: 3229 SW 9TH AVENUE, CAPE CORAL, FL
    33914

2.  **IT IS FURTHER ORDERED**, that the Order Granting Relief from Automatic Stay be
    and is hereby entered for the sole purpose of allowing Movant to obtain an in rem judgment
    against the property and that the Movant shall not seek or obtain an in personam judgment
    against the debtor.


**DONE** and **ORDERED** at Ft. Myers, FL  on February 5, 2010.

_____

Alexander L. Paskay
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

COPIES FURNISHED TO:

ATTN: SCOTT WEISS, ESQ.
LAW OFFICE OF MARSHALL C. WATSON, P.A
1800 NW 49 STREET, SUITE 120
FORT LAUDERDALE, FL 33319

**Jacoah Jackson**
**Andrea L. Jackson**
1503 SW 38th Terrace
Cape Coral, FL 33914

*Trustee*
**Jon Waage**
P O Box 25001
Bradenton, FL 34206-5001

**Charles PT Phoenix**
Phoenix Law PA
12800 University Drive, Suite 260
Fort Myers, FL 33907